Appellant, v. EDGAR S. JENNINGS, as Warden of the State Prison at Auburn, N. Y., Respondent.— Order affirmed. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ. [130 Misc. 748.]

RAYMOND DONHAUSER, Respondent, v. JOSEPH ZENNER, as Sole Trustee of Common School District No. 2 of the Town of Eden, Erie County, N. Y., Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

DENNIS J. DINEEN, Respondent, v. FLOYD COLLIS, Defendant, and MARY KELLY and THOMAS KELLY, Appellants.— Judgment reversed on the facts and a new trial granted, with costs to appellants to abide the event, on the ground that the verdict of the jury is against the weight of the evidence. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Petition of HENRY BOGARDUS, Appellant, for the Revocation of Letters of Administration Issued to PETER H. PAYNE, Respondent, on the Estate of ELIZABETH B. PAYNE, Deceased.— Decree affirmed, with costs. All concur, except Sears and Taylor, JJ., who dissent and vote for reversal on the following grounds: When the marriage between the deceased and respondent was celebrated in 1916 respondent knew or should have known that his prior wife was living, for her residence up to that time had remained at the very place where he had sent furniture to her some years previously. The marriage between deceased and respondent was, therefore, void when contracted. (*Stokes* v. *Stokes*, 198 N. Y. 301.) Under such circumstances respondent cannot be deemed to have acted in good faith. The mere continuance of the relations between respondent and deceased after the death of respondent's prior wife in 1919 is insufficient to establish a common-law marriage. (*Matter of Hill* v. *Vrooman*, 242 N. Y. 549.) Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CLARA M. CRAMER, Respondent, v. MELANCHTHON W. PERINE and MARGARET PERINE, His Wife, Appellants.— Order entered on stipulation striking out the name of Margaret Perine, now deceased, as a party defendant. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FLOYD HALSTEAD, Respondent, v. HOWARD BALLIETT, Appellant.— Judgment and order affirmed, with costs. The last charge of the court, made at plaintiff's request, standing alone, was erroneous, but read in connection with the whole charge and with the facts, it does not present reversible error. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FRANK SIFKOWITZ, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HAROLD W. LOWNIE, Respondent, v. MAE BOYD, Appellant.— Judgment of Special Term and of Buffalo City Court reversed on the law and facts and a new trial granted in the Buffalo City Court, with costs in all courts to appellant to abide event, on the ground that the finding that the defendant is liable as an undisclosed principal is without evidence to sustain it. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

OWEN J. DOODY, Appellant, v. JOHN MAHAR and Others, Respondents.— Judgments and order affirmed, without costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GEORGE FLATOW, Appellant, v. MCCABE & SHEERAN MACHINERY CORPORATION

and Another, Respondents.— Motion for leave to appeal denied, with ten dollars costs.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE FLATOW, Appellant, v. McCABE & SHEERAN MACHINERY CORPORATION and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE FLATOW, Appellant, v. McCABE & SHEERAN MACHINERY CORPORATION and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Petition of WILLIAM P. ZWILLING and Another for the Judicial Construction of the Last Will and Testament of MARGARET K. ROOKER, Deceased.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MOSES B. BESENETTE, Respondent, v. CHARLES B. BESENETTE and Another, Appellants.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MARTIN D. BUCKLEY, INCORPORATED, Appellant, v. E. B. VAN ATTA & COMPANY, INCORPORATED, Respondent.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GIACINTA AGNELLO, as Administratrix, etc., of DOMINIC AGNELLO, Deceased, Appellant, v. BUFFALO COURIER, INCORPORATED, and Another, Respondents.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HENRY D. GALBRAITH, Respondent, v. BUFFALO VEGETABLE MARKETING COMPANY, INCORPORATED, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

STEPHEN GALANIS, Respondent, v. PHILIP SIMON, Appellant.— Motion for reargument denied.   Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of FRANK TUBIOLA to Be Let into Possession of Real Property.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTHONY BONTAMASE, by JOSEPH BONTAMASE, His Guardian ad Litem, Respondent, v. FREDERICK J. LATOUR and Another, a Copartnership, etc., Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BATAVIA TIMES PUBLISHING COMPANY, Respondent, v. RICHARD A. HALL, Appellant.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES C. INGRAM and Another, Appellants.— Application for leave to present appeal on typewritten